# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Scott A Carmino**                                                                    Case No.   **17-22947**
                           Debtor(s)                                                           Chapter    **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Scott A Carmino**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **August 11, 2017**                    Signature   **/s/ Scott A Carmino**
                                                        **Scott A Carmino**
                                                        Debtor

# Schindler — Earnings Statement (ADP)

**SCHINDLER ELEVATOR CORPORATION**
20 WHIPPANY RD.
P.O. BOX 1935
MORRISTOWN, NJ 07962-1935

Period Beginning: 07/06/2017
Period Ending: 07/12/2017
Pay Date: 07/19/2017

Taxable Marital Status:
  Federal: Single
Exemptions/Allowances:
  Federal: 0, $10 Additional Tax

00000000223
SCOTT A CARMINO
741 PRINCE STREET
NORTH VERSAILLES, PA 15137

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 45.7900 | 40.00 | 1,831.60 | 49,375.73 |
| Doubletime | 45.7900 | .50 | 45.79 | 4,991.11 |
| Holiday | | | | 1,457.36 |
| Vacation | | | | 7,567.76 |
| **Gross Pay** | | | **$1,877.39** | 63,391.96 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -388.32 | 13,286.22 |
| Social Security Tax | -116.40 | 3,930.30 |
| Medicare Tax | -27.22 | 919.18 |
| PA State Income Tax | -57.64 | 1,946.12 |
| Kennedy Twp Income Tax | -18.77 | 413.64 |
| Kennedy Twp Local Svc Tax | -1.00 | 30.00 |
| PA SUI/SDI Tax | -1.31 | 44.37 |
| Pittsburgh C Income Tax | | 220.34 |

**Other**

| | this period | year to date |
|---|---|---|
| Iuec Welfare | -1.42 | 39.69 |
| Expenses | | -327.20 |
| Local Srvc Tax | | 1.00 |

**Adjustment**

| | this period |
|---|---|
| Expenses | +10.00 |

| | | |
|---|---|---|
| **Net Pay** | | **$1,275.31** |
| Dep To Checking | -1,275.31 | 42,888.30 |
| **Net Check** | | **$0.00** |

Your federal taxable wages this period are $1,877.39

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Annuity | 253.13 | 7,078.38 |
| Vacation $'s | 148.36 | |
| Vacation Hrs | 40.50 | |
| Welfare Hrs | 40.50 | |
| Ytd Vac. $'s | | 4,063.70 |
| Ytd Vac. Hours | | 1,109.50 |
| Ytd Welfare Hrs | | 1,109.50 |

### Additional Tax Withholding Information

Taxable Marital Status:
  PA: Married
Exemptions/Allowances:
  PA: N/A

© 1998, 2006, ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**SCHINDLER ELEVATOR CORPORATION**
20 WHIPPANY RD.
P.O. BOX 1935
MORRISTOWN, NJ 07962-1935

Advice number: 00000290235
Pay date: 07/19/2017

Deposited to the account of
**SCOTT A CARMINO**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx3963 | xxxx xxxx | $1,275.31 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

SEH    202670    028016    999    00000260231

**SCHINDLER ELEVATOR CORPORATION**
20 WHIPPANY RD.
P.O. BOX 1935
MORRISTOWN, NJ 07962-1935

Period Beginning: 06/15/2017
Period Ending: 06/21/2017
Pay Date: 06/28/2017

Taxable Marital Status:
Federal:    Single

Exemptions/Allowances:
Federal:    0,$10 Additional Tax

00000000219
SCOTT A CARMINO
741 PRINCE STREET
NORTH VERSAILLES, PA 15137

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 45.7900 | 40.00 | 1,831.60 | 44,659.36 |
| Doubletime | | | | 4,945.32 |
| Holiday | | | | 1,091.04 |
| Vacation | | | | 3,740.34 |
| **Gross Pay** | | | **$1,831.60** | 54,436.06 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -375.50 | 11,464.17 |
| | Social Security Tax | -113.56 | 3,375.04 |
| | Medicare Tax | -26.56 | 789.32 |
| | PA State Income Tax | -56.23 | 1,671.18 |
| | Kennedy Twp Income Tax | -18.32 | 324.09 |
| | Kennedy Twp Local Svc Tax | -1.00 | 25.00 |
| | PA SUI/SDI Tax | -1.29 | 38.11 |
| | Pittsburgh C Income Tax | | 220.34 |
| | **Other** | | |
| | Iuec Welfare | -1.40 | 36.06 |
| | Expenses | | -301.20 |
| | Local Srvc Tax | | 1.00 |
| | **Adjustment** | | |
| | Expenses | +10.00 | |
| | **Net Pay** | **$1,247.74** | |
| | Dep To Checking | -1,247.74 | 36,792.95 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,831.60

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity | 250.00 | 6,431.50 |
| Vacation $'s | 146.53 | |
| Vacation Hrs | 40.00 | |
| Welfare Hrs | 40.00 | |
| Ytd Vac. $'s | | 3,684.56 |
| Ytd Vac. Hours | | 1,006.00 |
| Ytd Welfare Hrs | | 1,006.00 |

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:    Married
Exemptions/Allowances:
PA:    N/A

© 1998, 2006. ADP, LLC  All Rights Reserved.
© 2000 ADP, LLC

TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**SCHINDLER ELEVATOR CORPORATION**
20 WHIPPANY RD.
P.O. BOX 1935
MORRISTOWN, NJ 07962-1935

Advice number:    00000260231
Pay date:    06/28/2017

Deposited to the account of
SCOTT A CARMINO

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxx3963 | xxxx xxxx | $1,247.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**SCHINDLER ELEVATOR CORPORATION**
20 WHIPPANY RD.
P.O. BOX 1935
MORRISTOWN, NJ 07962-1935

Period Beginning: 06/08/2017
Period Ending: 06/14/2017
Pay Date: 06/21/2017

00000000222
SCOTT A CARMINO
741 PRINCE STREET
NORTH VERSAILLES, PA 15137

Taxable Marital Status:
Federal:    Single

Exemptions/Allowances:
Federal:    0, $10 Additional Tax

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 45.7900 | 40.00 | 1,831.60 | 42,827.76 |
| Doubletime | | | | 4,945.32 |
| Holiday | | | | 1,091.04 |
| Vacation | | | | 3,740.34 |
| **Gross Pay** | | | **$1,831.60** | 52,604.46 |

## Deductions

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -375.50 | 11,088.67 |
| Social Security Tax | -113.56 | 3,261.48 |
| Medicare Tax | -26.55 | 762.76 |
| PA State Income Tax | -56.23 | 1,614.95 |
| Kennedy Twp Income Tax | -18.32 | 305.77 |
| Kennedy Twp Local Svc Tax | -1.00 | 24.00 |
| PA SUI/SDI Tax | -1.28 | 36.82 |
| Pittsburgh C Income Tax | | 220.34 |

**Other**
| | | |
|---|---|---|
| Iuec Welfare | -1.40 | 34.66 |
| Expenses | | -291.20 |
| Local Srvc Tax | | 1.00 |

**Adjustment**
| | |
|---|---|
| Expenses | +10.00 |

| | | |
|---|---|---|
| **Net Pay** | **$1,247.76** | |
| Dep To Checking | -1,247.76 | 35,545.21 |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,831.60

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Annuity | 250.00 | 6,181.50 |
| Vacation $'s | 146.53 | |
| Vacation Hrs | 40.00 | |
| Welfare Hrs | 40.00 | |
| Ytd Vac. $'s | | 3,538.03 |
| Ytd Vac. Hours | | 966.00 |
| Ytd Welfare Hrs | | 966.00 |

### Additional Tax Withholding Information

Taxable Marital Status:
PA:    Married
Exemptions/Allowances:
PA:    N/A

---



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SCHINDLER ELEVATOR CORPORATION
20 WHIPPANY RD.
P.O. BOX 1935
MORRISTOWN, NJ 07962-1935

Advice number: 00000250233
Pay date: 06/21/2017

Deposited to the account of
SCOTT A CARMINO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx3963 | xxxx xxxx | $1,247.76 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



**SCHINDLER ELEVATOR CORPORATION**
20 WHIPPANY RD.
P.O. BOX 1935
MORRISTOWN, NJ 07962-1935

Earnings Statement

Period Beginning: 06/01/2017
Period Ending: 06/07/2017
Pay Date: 06/14/2017

Taxable Marital Status:
Federal:    Single

Exemptions/Allowances:
Federal:    0, $10 Additional Tax

00000000227
SCOTT A CARMINO
741 PRINCE STREET
NORTH VERSAILLES, PA 15137

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 45.7900 | 40.00 | 1,831.60 | 40,996.16 |
| Doubletime | | | | 4,945.32 |
| Holiday | | | | 1,091.04 |
| Vacation | | | | 3,740.34 |
| **Gross Pay** | | | **$1,831.60** | 50,772.86 |

Your federal taxable wages this period are $1,831.60

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -375.50 | 10,713.17 |
| | Social Security Tax | -113.56 | 3,147.92 |
| | Medicare Tax | -26.56 | 736.21 |
| | PA State Income Tax | -56.23 | 1,558.72 |
| | Kennedy Twp Income Tax | -18.32 | 287.45 |
| | Kennedy Twp Local Svc Tax | -1.00 | 23.00 |
| | PA SUI/SDI Tax | -1.28 | 35.54 |
| | Pittsburgh C Income Tax | | 220.34 |
| | **Other** | | |
| | Iuec Welfare | -1.40 | 33.26 |
| | Expenses | | -281.20 |
| | Local Srvc Tax | | 1.00 |
| | **Adjustment** | | |
| | Expenses | +10.00 | |
| | **Net Pay** | **$1,247.75** | |
| | Dep To Checking | -1,247.75 | 34,297.45 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity | 250.00 | 5,931.50 |
| Vacation $'s | 146.53 | |
| Vacation Hrs | 40.00 | |
| Welfare Hrs | 40.00 | |
| Ytd Vac. $'s | | 3,391.50 |
| Ytd Vac. Hours | | 926.00 |
| Ytd Welfare Hrs | | 926.00 |

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:    Married
Exemptions/Allowances:
PA:    N/A

© 1998, 2006. ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SCHINDLER ELEVATOR CORPORATION
20 WHIPPANY RD.
P.O. BOX 1935
MORRISTOWN, NJ 07962-1935

Advice number: 00000240240
Pay date: 06/14/2017

Deposited to the account of
SCOTT A CARMINO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx3963 | xxxx xxxx | $1,247.75 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT