**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCOTT A. CARMINO ) | Bankruptcy No. 17-22947-TPA |
| ) | |
| Debtor ) | Chapter 13 |
| ) | |
| CRESCENT BANK & TRUST, ) | Related to Document No. 21 |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| SCOTT A. CARMINO, and ) | |
| TARA C. CARMINO, and ) | |
| RONDA J. WINNECOUR, TRUSTEE ) | |
| ) | |
| Respondents / Debtors ) | |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN DATED AUGUST 11, 2017**

I certify, under penalty of perjury that I served a copy of the above captioned pleading upon the parties at the addresses shown below, by the types of service specified:

By First-Class mail:

Scott A. Carmino
741 Prince Street
North Versailles, PA 15137

Tara C. Carmino
741 Prince Street
North Versailles, PA 15137

and, by electronic mail:

Lawrence W. Willis, Esq.          help@urfreshstrt.com
Ronda J. Winnecour, Trustee       cmecf@chapter13trusteewdpa.com
Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov


TUCKER ARENSBERG, P.C.

Dated: 9/26/17     By:    */s/ Brett A. Solomon*
Brett A. Solomon, Esquire
Pa. I.D. No. 83746
bsolomon@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Attorneys for Crescent Bank & Trust, Movant