**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 17–22947–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Scott A. Carmino
741 Prince Street
North Versailles, PA 15137

Social Security No.:
xxx–xx–8108

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Lawrence W. Willis | Ronda J. Winnecour |
| Willis & Associates | Suite 3250, USX Tower |
| 201 Penn Center Blvd | 600 Grant Street |
| Suite 400 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15235 | Telephone number:  412–471–5566 |
| Telephone number:  412–825–5170 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| November 6, 2017 | November 6, 2017 |
| 11:00 AM | 11:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE
OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS
WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER
NOTICE OR HEARING.**

Dated: 9/27/17

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 17-22947-TPA
Scott A. Carmino                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut            Page 1 of 1          Date Rcvd: Sep 27, 2017
                               Form ID: rsc13        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db            +Scott A. Carmino,   741 Prince Street,   North Versailles, PA 15137-1137
14662979      +1st Natl Bk,   1 Fnb Blvd,   Hermitage, PA 16148-3363
14675263      +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
14662983      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14662984      +Franklin American Mtg/,   425 Phillips Bv,   Ewing, NJ 08618-1430
14662985       Global Pymt,   Po Box 61158,   Chicago, IL 60666
14675269      +North Versailles Sanitary Department,   1401 Greensburg Avenue,
               North Versailles, PA 15137-1630
14672857      +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
14662987      +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 01:17:36     Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr             E-mail/Text: bankruptcy@cbtno.com Sep 28 2017 01:19:00     Crescent Bank & Trust,
               P. O. Box 61813,   New Orleans, LA  70161-1813
14662980      +E-mail/Text: rbaldwin@autotrakk.com Sep 28 2017 01:18:57     Autotrakk,
               1500 Sycamore Rd Ste 200,   Montoursville, PA 17754-9416
14693334      +E-mail/Text: bankruptcy@cbtno.com Sep 28 2017 01:19:00     Crescent Bank,
               Attention: Bankruptcy Department,   P.O. Box 61813,   New Orleans, LA 70161-1813
14662982      +E-mail/Text: bankruptcy@cbtno.com Sep 28 2017 01:19:00     Crescent Bank And Trus,
               5401 Jefferson Hwy Ste D,   Harahan, LA 70123-4232
14662986      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:22:00
               Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
                                                                                    TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Franklin American Mortgage Company
14662981*     +Autotrakk Llc,   1500 Sycamore Rd Ste 200,   Montoursville, PA 17754-9416
14675262*     +Autotrakk Llc,   1500 Sycamore Rd Ste 200,   Montoursville, PA 17754-9416
14675264*     +Capital One,   PO Box  30281,   Salt Lake City, UT 84130-0281
14675265*     +Crescent Bank And Trus,   5401 Jefferson Hwy Ste D,   Harahan, LA 70123-4232
14675266*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14675267*     +Franklin American Mtg/,   425 Phillips Bv,   Ewing, NJ 08618-1430
14675268*      Global Pymt,   Po Box 61158,   Chicago, IL 60666
14675270*     +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14675271*     +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
                                                                   TOTALS: 1, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
        Brett A. Solomon   on behalf of Creditor   Crescent Bank & Trust bsolomon@tuckerlaw.com,
         agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
        James  Warmbrodt   on behalf of Creditor   Franklin American Mortgage Company
         bkgroup@kmllawgroup.com
        Lawrence W. Willis   on behalf of Debtor Scott A. Carmino help@urfreshstrt.com,
         urfreshstrt@gmail.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 5