Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Scott A. Carmino** | : | Case No. 17−22947−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 12th of September, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 17-22947-TPA
Scott A. Carmino                                                Chapter 13
           Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2          User: vson                  Page 1 of 2            Date Rcvd: Sep 12, 2018
                              Form ID: 309                Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db             +Scott A. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137
14662979       +1st Natl Bk,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14749056       +Franklin American Mortgage Company,     c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
14662984       +Franklin American Mtg/,    425 Phillips Bv,    Ewing, NJ 08618-1430
14662985        Global Pymt,    Po Box 61158,    Chicago, IL 60666
14675269       +North Versailles Sanitary Department,     1401 Greensburg Avenue,
                 North Versailles, PA 15137-1630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: CRESCENTBANK.COM Sep 13 2018 05:58:00      Crescent Bank & Trust,    P. O. Box 61813,
                 New Orleans, LA 70161-1813
14662980       +E-mail/Text: aleasure@autotrakk.com Sep 13 2018 02:26:28       Autotrakk,
                 1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14675263       +EDI: CAPITALONE.COM Sep 13 2018 05:58:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14693334       +EDI: CRESCENTBANK.COM Sep 13 2018 05:58:00      Crescent Bank,
                 Attention: Bankruptcy Department,    P.O. Box 61813,    New Orleans, LA 70161-1813
14662982       +EDI: CRESCENTBANK.COM Sep 13 2018 05:58:00      Crescent Bank And Trus,
                 5401 Jefferson Hwy Ste D,    Harahan, LA 70123-4232
14662983       +EDI: AMINFOFP.COM Sep 13 2018 05:58:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14742415        E-mail/Text: check.bksupport@globalpay.com Sep 13 2018 02:23:45       GLOBAL PAYMENTS INC,
                 PO BOX 661158,    CHICAGO, IL 60666-1158
14703434        EDI: PRA.COM Sep 13 2018 05:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14662986       +EDI: PRA.COM Sep 13 2018 05:58:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14717631       +EDI: JEFFERSONCAP.COM Sep 13 2018 05:58:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14672857       +EDI: DRIV.COM Sep 13 2018 05:58:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
14662987       +EDI: DRIV.COM Sep 13 2018 05:58:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
14706268        EDI: AIS.COM Sep 13 2018 05:58:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Franklin American Mortgage Company
14662981*      +Autotrakk Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14675262*      +Autotrakk Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14675264*      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
14675265*      +Crescent Bank And Trus,    5401 Jefferson Hwy Ste D,    Harahan, LA 70123-4232
14675266*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14675267*      +Franklin American Mtg/,    425 Phillips Bv,    Ewing, NJ 08618-1430
14675268*       Global Pymt,    Po Box 61158,    Chicago, IL 60666
14675270*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14675271*      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
                                                                                   TOTALS: 1, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: vson                   Page 2 of 2                    Date Rcvd: Sep 12, 2018
                                Form ID: 309                 Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Crescent Bank & Trust bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Franklin American Mortgage Company
               bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Scott A. Carmino ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```