**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SCOTT A. CARMINO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-22947 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 07/20/2017 and confirmed on 12/15/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 37,464.00 |
| Less Refunds to Debtor | | 2,728.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 34,736.00 |
| | | | |
| Administrative Fees | | | |
| Filing Fee | | 0.00 | |
| Notice Fee | | 0.00 | |
| Attorney Fee | | 3,000.00 | |
| Trustee Fee | | 1,501.52 | |
| Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 4,501.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| FRANKLIN AMERICAN MORTGAGE CO<br>Acct: 4103 | 0.00 | 15,013.33 | 0.00 | 15,013.33 |
| FRANKLIN AMERICAN MORTGAGE CO<br>Acct: 4103 | 34,102.65 | 638.70 | 0.00 | 638.70 |
| N VERSAILLES TWP SANITARY AUTH<br>Acct: | 2,793.18 | 52.31 | 0.00 | 52.31 |
| CRESCENT BANK & TRUST<br>Acct: 5087 | 18,017.99 | 3,911.93 | 1,313.71 | 5,225.64 |
| SANTANDER CONSUMER USA**<br>Acct: 2224 | 34,010.41 | 7,623.76 | 1,680.74 | 9,304.50 |
| | | | | 30,234.48 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SCOTT A. CARMINO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SCOTT A. CARMINO<br>Acct: | 1,364.00 | 1,364.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| SCOTT A. CARMINO | 1,364.00 | 1,364.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRANKLIN AMERICAN MORTGAGE COMPA | 725.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4103 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| AUTO TRAKK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9121 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0408 | | | | |
| PREMIER BANKCARD LLC | 924.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6431 | | | | |
| GLOBAL PAYMENTS CHECK SVCS INC | 349.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4103 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 749.69 | 0.00 | 0.00 | 0.00 |
| Acct: 0788 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 419.30 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                 30,234.48

TOTAL CLAIMED
PRIORITY            725.00
SECURED          88,924.23
UNSECURED        2,443.71

Date: 11/06/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com